IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA WELLS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 3:13-0194 |
| v. ) | Judge Trauger |
| ) | |
| SUNBELT RENTALS, INC. and MULTIQUIP, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby **ORDERED** that a case management conference will be held in this case on Monday, August 5, 2013, at 1:00 p.m. The parties shall work together to propose acceptable deadlines in a case management order to be filed three (3) business in advance of the August 5, 2013 conference. By agreement, discovery is **STAYED** until the August 5, 2013 case management conference.

It is so **ORDERED**.

ENTER this 3rd day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge