# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **LINDA WELLS, as next friend and mother of O.G.W., L.K.W., and G.S.W., minor children of and heirs at law of JAMES F. WALL, II, deceased;** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Case No. 3:13-0194** |
| v. | ) ) | **Judge Trauger** |
| **SUNBELT RENTALS, INC., MULTIQUIP, INC., and DENYO CO., LTD.,** | ) ) ) ) | |
| Defendants. | ) | |
| **EDDIE K. WATSON, et al.,** | ) ) | |
| Plaintiffs, | ) ) | **Case No. 3:13-0195** |
| v. | ) ) | **Judge Trauger** |
| **SUNBELT RENTALS, INC., MULTIQUIP, INC., and DENYO CO., LTD.,** | ) ) ) ) | |
| Defendants. | ) | |
| **IN RE: ESTATE OF JONATHAN OVER, by his parents, MICHAEL OVER and BRENDA OVER, for the benefit of his minor children, C.M.O. and J.K.O, and MICHAEL OVER and BRENDA OVER, individually,** | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Case No. 3:13-0196** |
| v. | ) ) | **Judge Trauger** |
| **SUNBELT RENTALS, INC., and MULTIQUIP, INC.,** | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| **EDDIE K. WATSON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | **Case No. 3:13-0410** |
| ) | **Judge Trauger** |
| v. ) | |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **LINDA WELLS, as next friend and mother of** ) | |
| **O.G.W., L.K.W., and G.S.W., minor children** ) | |
| **of and heirs at law of JAMES F. WALL, II,** ) | |
| **deceased;** ) | |
| ) | |
| Plaintiffs, ) | **Case No. 3:13-0693** |
| ) | **Judge Trauger** |
| v. ) | |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **IN RE: ESTATE OF TIMOTHY STONE,** ) | |
| **by his son, TYLER STONE, and TYLER STONE** ) | |
| **individually, and for the benefit of his minor child,** ) | |
| **C.S., and LOGAN STONE, individually, and** ) | |
| **BUFORD STONE, individually;** ) | |
| ) | |
| Plaintiffs, ) | **Case No. 3:13-0756** |
| ) | **Judge Trauger** |
| v. ) | |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **MICHAEL OVER, administrator of the estate of Jonathan Over; C.M.O., by his co-guardian and next friend, MICHAEL OVER; J.K.O., by his co-guardian and next friend MICHAEL OVER; MICHAEL OVER and BRENDA OVER, individually,**   )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant.** ) | **Case No. 3:13-0757**<br>**Judge Trauger** |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendant Denyo Co., Ltd. ("Denyo") (Docket No. 53) is **GRANTED**, and Denyo is hereby **DISMISSED** from this case.

It is so **ORDERED**.

Enter this 16th day of May 2014.

ALETA A. TRAUGER
United States District Judge