IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| **LINDA WELLS, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Case No.: 3:13-cv-0194** |
| | ) | **JUDGE TRAUGER** |
| **SUNBELT RENTALS, INC. and MULTIQUIP, INC.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **EDDIE K. WATSON, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Case No.: 3:13-cv-0195** |
| | ) | **JUDGE TRAUGER** |
| **SUNBELT RENTALS, INC. and MULTIQUIP, INC.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **MICHAEL OVER and BRENDA OVER, et al.,** | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Case No.: 3:13-cv-0196** |
| | ) | **JUDGE TRAUGER** |
| **SUNBELT RENTALS, INC. and MULTIQUIP, INC.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| **EDDIE K. WATSON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Case No.: 3:13-cv-0410** |
| ) | **JUDGE TRAUGER** |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **LINDA WELLS, as next friend and** ) | |
| **mother of Olivia Grace Wall, Landon** ) | |
| **Keith Wall and Grant Stefan Wall,** ) | |
| **minor children of and heirs at law of** ) | |
| **JAMES F. WALL, deceased,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Case No.: 3:13-cv-0693** |
| ) | **JUDGE TRAUGER** |
| **THE UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **IN RE: TIMOTHY STONE, TYLER** ) | |
| **STONE, individually, C.S. and for the** ) | |
| **Benefit of his minor child, LOGAN** ) | |
| **STONE, individually, BUFORD** ) | |
| **STONE, individually,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Case No.: 3:13-cv-0756** |
| ) | **JUDGE TRAUGER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

**MICHAEL OVER, Administrator of** )
**the Estate of Jonathan Over, C.M.O.,** )
**by his Co-Guardian and next friend** )
**Eddie K. Watson, J.K.O., by his** )
**Co-Guardian and next friend Eddie K.** )
**Watson, MICHAEL OVER, BRENDA** )
**OVER, and EDDIE K. WATSON,** )
)
**v.** ) **Civil Case No.: 3:13-cv-0757**
) **JUDGE TRAUGER**
**UNITED STATES,** )
)
    **Defendant.** )

## MOTION FOR LEAVE TO FILE AMENDED ANSWERS

Comes now Defendant, United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorneys, and hereby requests leave of Court to file an Amended Answers in the following cases:

1. Eddie K. Watson, *Administrator of the Estate of Kathryn Elizabeth Over, deceased, C.M.O. and J.K.O., by their co-guardian and next friend, Eddie K. Watson*, Christine W. Watson, *mother of Kathryn Elizabeth Over, deceased* v. United States
   Case No.: 3:13-cv-0410
   Judge Trauger

2. Linda Wells, *as next friend and mother of O.G.W., L.K.W. and G.S.W., minor children of heirs of law*, of James F. Wall, II, *deceased* v. The United States
   Case No.: 3:13-cv-0693
   Judge Trauger

3. In RE: Estate of Timothy Stone, Tyler Stone, *individually*, C.S., *and for the benefit of his minor child*, Logan Stone, *individually*, and Buford Stone, *individually* v. United States of America
   Case No.: 3:13-cv-0756
   Judge Trauger

4. Michael Over, administrator of the Estate of Jonathan Over, C.M.O. and J.K.O., *by their co-guardian and next friend, Eddie K. Watson*, Michael Over, Brenda Over and Eddie K. Watson v. United States
   Case No.: 3:13-cv-0757
   Judge Trauger

3