# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LINDA WELLS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 3:13-0194 |
| v. ) | Judge Trauger |
| ) | |
| ) | Cases Consolidated with 3:13-0194: |
| SUNBELT RENTALS, INC. and MULTIQUIP, ) | 3:13-0195 |
| INC., ) | 3:13-0196 |
| ) | 3:13-0410 |
| Defendants. ) | 3:13-0693 |
| ) | 3:13-0756 |
| ) | 3:13-0757 |
| ) | 3:14-0616 |

## **O R D E R**

The Motion to Substitute Answers filed by defendant United States (Docket No. 114) is **GRANTED**. The Motion to Strike Defense filed by certain plaintiffs (Docket No. 110) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge